ACCEPTED
14-15-00249-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 1:53:51 PM
CHRISTOPHER PRINE
CLERK

No. 14-15-00249-CR

IN THE COURT OF APPEALS
FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
8/14/2015 1:53:51 PM
CHRISTOPHER A. PRINE
Clerk

| ROY G. WALKER | § | APPELLANT |
|---|---|---|
| V. | § | |
| STATE OF TEXAS | § | APPELLEE |

## MOTION TO EXTEND TIME FOR FILING APPELLATE BRIEF

COMES NOW ROY G. WALKER, Appellant in the above entitled and numbered cause and moves the court to extend the time for filing his appellate brief and in support thereof would show the court as follows:

Appellant was convicted of the felony of aggravated robbery in cause number 1376940 in the 232nd District Court of Harris County and assessed a punishment of imprisonment for 20 years in the Correctional Division, on February 13, 2015. Appeal was perfected on March 2, 2015. Appellant's brief was due on July 27, 2015. Counsel has been unable to complete the brief because of a number of other trial and appellate matters. Counsel is requesting an extension of 30 days, until September 14, 2015.

One prior extension has been granted.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the foregoing motion be granted.

Respectfully submitted,

/s/J. Sidney Crowley
214 Morton St.
Richmond, Texas 77469
281-232-8332
jcrowl@windstream.net
TBC No. 05170200
ATTORNEY FOR APPELLANT

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the

Harris County District Attorney's Office, this the 14th day of August , 2015.

/s/ J. Sidney Crowley